# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

_____ Division



Ja'Donovan Johnson
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

NCDAC, Sgt. Kearns, Officer Shamrock-Hayes, Hardon Mary
Locklear _____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25CV1047
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Ja'Donavan O'Bryant Johnson Jr.

All other names by which you have been known:      Japa Keon, Donnie

ID Number      1093673

Current Institution      Scotland Correctional Institution

Address      22385 McGirts Bridge Road

Laurinburg      NC      28353

        *City*        *State*        *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      North Carolina Department Of Adult Corrections

Job or Title *(if known)*

Shield Number

Employer

Address

        *City*        *State*        *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name      Kerns

Job or Title *(if known)*      Sergeant

Shield Number

Employer      NCDAC, Scotland Correctional Institution

Address      22385 McGirts Bridge Road

Laurinburg      NC      28353

        *City*        *State*        *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

> Name      Harrock-Hayes
>
> Job or Title *(if known)*      Officer
>
> Shield Number
>
> Employer      Ncdac Scotland Correctional Institution
>
> Address      22385 M'Girts Bridge Road
>
> Laurinburg      NC      28353
> *City*      *State*      *Zip Code*
>
> ☐ Individual capacity    ☑ Official capacity

Defendant No. 4

> Name      Mary Locklear
>
> Job or Title *(if known)*      Warden
>
> Shield Number
>
> Employer      Ncdac
>
> Address      22385 M'Girts Bridge Road
>
> Laurinburg      NC      28353
> *City*      *State*      *Zip Code*
>
> ☐ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

> ☐ Federal officials (a *Bivens* claim)
>
> ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
8th Amendment, 14th Amendment, 5th Amendment Violation: Cruel And Unusual Punishment: Excessive Use Of Physical Forces, Deliberate Indifference, Negligence Of Staff.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Wcpac: Failed To Properly Train Staff. Sgt. Kerns: Acted Maliciously By Slaming Arms And Hands In Food Flap Which Resulted In Physical Injury.

Officer Sharrock-Hayes: Failed To Report Officer Misconduct, Failed To Intervene.

Warden Mary Locklear: Failed To Properly Train Staff.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 10.30.15. In Between The Hours Of 3:30 PM And 5:00 PM Officer Sharrock-Hayes Passed Out Dinar Tray, When She Came To Serve Me I Told Her That I Didn't Get Fed At Lunch. And I Wanted An Extra Tray To Make Up For It. She Then Notified Sgt. Kerns. Sgt. Kerns Came To My Cell (LB#48) To Address The Issue. He Told Me That I Wouldn't Be Getting An Extra Tray. I Refuse To Let Him Close Flap. He Then Steped Back And Attempted To Kick My Hands After A Failed Attempt He Then Slamed Flap(In An Attempt To Close Flap) On My Hands And Arms Multiple Times. He Then Order Me To Cuff Up. I Put My Hands Out. He Acted As If He Was Going To Cuff Me Instead He Droped Cuffs In Door Box And Shoved Me In Cell. Officer Sharrock-Hayes Stood And Watched Failing To Intervene

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 30, 2026 In Between The Hours Of 3:30 PM And 5:00 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Sgt. Kerns Used Excessive Physical Force On Me By Slaming Food Flap On Arms And Hand Which Resulted In Physical Injury To Left Hand, Wrist, Arm, Forearm (Bruised, Swallen, And Bleeding). Officer Sharrock-Hayes Was Present During The Intirety Of The Incident. The Cameras In LPOD LB Will Show Full Account. I Was Medically Accessed And Lt. Took Pictures Of Injuries.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Sustained Injuries To My Left Hand, Wrist, Arm, Forearm. My Left Hand Wrist, Arm, And Forearm Was Swollen, Bruised And Bleeding Medical Treatment Was Delayed For More Than One Hour. I Was Given Pain Meds (Ibuprofene) And Photographed

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Money Damages, (Punitive Damages) Sgt. Kerns: 500,000.00; In His Officer Capacity. Sgt. Kerns: 500,000.00 In His Individual Capacity for Excessive Use of Force. Officer Sharrock-Hayes 10,000.00 In Her Official Capacity for Negligence of Staff, Failure To Intervene. Negl: Failure To Properly Train Staff (500,000.00) Warden Mary Locklede: 10,000.00 for Failure To Properly Train Staff.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scotland Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Scotland Correctional Institution

2.   What did you claim in your grievance?

Excessive Use Of Physical Force / Negligence Of Staff (failure To Report)

3.   What was the result, if any?

Appealed, No Further Actions Taken

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appeal To Step Two (24-Hour limit) Havent Received Response,

Case 1:25-cv-01047-WO-JGM    Document 2    Filed 11/17/25    Page 7 of 11

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Grievance No. 4860-2025-Lpnb-29952
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Case 1:25-cv-01047-WO-JGM   Document 2   Filed 11/17/25   Page 8 of 11

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)  _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.  _____

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 10, 2025

Signature of Plaintiff    Ja'Donavan O'Bryant Johnson Jr.

Printed Name of Plaintiff    Ja'Donavan O'Bryant Johnson Jr.

Prison Identification #    1093673

Prison Address    22385 McGirts Bridge Road

Laurinburg                              NC           28353

                              *City*              *State*     *Zip Code*

### B.    For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                              *City*              *State*     *Zip Code*

Telephone Number

E-mail Address