IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JA'DONAVAN JOHNSON, SR.,          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )          1:25-cv-1047
                                  )
NORTH CAROLINA DEPARTMENT OF      )
ADULT CORRECTIONS, SGT KERNS,     )
OFFICER SHARROCK-HAYES, and       )
WARDEN MARY LOCKLEAR,             )
                                  )
            Defendant,            )

**ORDER**

On November 26, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED**.

**IT IS FURTHER ORDERED** that all claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted, except for the individual capacity claim for excessive force as to Defendant Kerns.

This the 29th day of May, 2026.

_____
William L. Osteen, Jr.
United States District Judge

- 2 -